UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Subpoena to QUINN EMANUEL
URQUHART & SULLIVAN LLP.

Case No.  25-mc-80048-LJC

**ORDER GRANTING MOTION TO
TRANSFER**

Re: Dkt. No. 1

The law firm Quinn Emanuel Urquhart & Sullivan LLP (Quinn) initiated this miscellaneous action by filing a Motion challenging a subpoena served on Quinn by Dell Inc. and Dell Technologies Inc. (collectively, Dell) in relation to litigation in the Eastern District of Texas where Quinn represents a plaintiff suing Dell.  Quinn's Motion is styled as a "Motion to Quash Our of District Subpoena, or in the Alternative, Transfer to the Eastern District of Texas."  *See* ECF No. 1 at 1.  But in the body of the Motion, Quinn primarily requests transfer, and only asks this Court to quash the subpoena if the Court declines to transfer the Motion.  *Id.* at 6, 7, 15.  Dell opposes quashing the subpoena, *see generally* ECF No. 7, but agrees that the Motion should be transferred to the presiding judge in Texas, *id.* at 23–24.

Under Rule 45(f) of the Federal Rules of Civil Procedure, the court where compliance is required may transfer a motion related to a subpoena "to the issuing court *if the person subject to the subpoena consents* or if the court finds exceptional circumstances."  Fed. R. Civ. P. 45(f) (emphasis added).  Transfer is warranted here based on Quinn's consent, particularly when Dell joins in that request.  The Motion is therefore GRANTED with respect to its request to transfer, and the Clerk is instructed to transfer this case to the Eastern District of Texas, to be decided in conjunction with that court's case number 2:24-cv-00637-JRG.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    This Court does not reach either Quinn's request to quash the subpoena, *see* ECF No. 1 at

2    16–26, or Dell's Administrative Motion to consider whether material should be filed under seal,

3    ECF No. 6.  The Court has not considered any of the material proposed to be filed under seal.

4        **IT IS SO ORDERED.**

5    Dated: March 13, 2025

6

7    _____

8    LISA J. CISNEROS
     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28